(101 So. 926)

Brozier SASSER v. STATE. (4 Div. 18.) (Court of Appeals of Alabama. Nov. 11, 1924.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. Forgery.

FOSTER, J. Appeal dismissed, on motion of appellant.

---

(102 So. 925)

Walter SAXON v. J. M. GUEST HDWE. CO. (7 Div. 64.) (Court of Appeals of Alabama. Feb. 3, 1925.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge. E. O. McCord & Son, of Gadsden, for appellant. J. A. Stagner, of Attalla, for appellee.

SAMFORD, J. The appeal in this case was taken on June 25, 1924. Transcript filed January 12, 1925. There are no assignments of error, and on January 15 appellee submits on motion to dismiss the appeal. There being no assignment of errors, the appeal is dismissed. Appeal dismissed.

---

(104 So. 925)

George W. SCHRIMSCHER v. James C. DAVIS, etc. (6 Div. 617.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Tuscaloosa County; John McKinley, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(104 So. 925)

John Henry SCOTT v. STATE. (7 Div. 17.) (Court of Appeals of Alabama, April 21, 1925. Rehearing Denied May 12, 1925.) Appeal from Circuit Court, Dekalb County; W. W. Haralson, Judge. Manufacturing whisky. Certiorari denied by Supreme Court in Ex parte Scott, 104 So. 918.

SAMFORD, J. There were many objections and exceptions to the introduction of evidence, none of which present any new or novel questions. None of these are here insisted on as error, further than that they appear in the record, which under the statute we are required to pass upon. We have done this, and find that in the several rulings there was no error prejudicial to the defendant's case, which would entitle him to a reversal. The facts were in dispute, and properly submitted to a jury under a fair charge of the court. We are not authorized to disturb the verdict. There being no error in the record, let the judgment be affirmed. Affirmed.

---

(104 So. 925)

Albert SEIGEL v. STATE. (5 Div. 550.) (Court of Appeals of Alabama. May 26, 1925.) Appeal from Circuit Court, Tallapoosa County; N. D. Denson, Judge.

RICE, J. The defendant was convicted of violating the prohibition laws, and appeals. We have examined each of the exceptions reserved on the admission or rejection of testimony, and in every instance we find the ruling upon which same is based involves only an elementary principle of law. It would serve no useful purpose to discuss these rulings seriatim. Suffice to say that we find no prejudice done the defendant in any of the said rulings. If perchance, any immaterial, irrelevant, incompetent, or illegal testimony was admitted, any injuriously prejudicial effect it might have had was completely eradicated by the extraordinarily fair, comprehensive, and explicit oral charge of the trial court, expressly excluding from the jury's consideration any and everything that did not legally bear upon the clearly explained and defined issues. Likewise we find every correct legal principle contained in any charge refused to the defendant to have been fully and clearly included in the charges given at defendant's request, in connection with the trial court's said oral charge. The appellant appears to have had a fair trial, and, no prejudicial error anywhere appearing, the judgment appealed from will be affirmed. Affirmed.

---

(100 So. 926)

Snow SEXTON et al. v. STATE. (4 Div. 928.) (Court of Appeals of Alabama. June 17, 1924.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge. Gaming.

SAMFORD, J. Appeal dismissed.

---

(104 So. 925)

Tom SHELBY v. STATE. (6 Div. 715.) (Court of Appeals of Alabama, May 12, 1925.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Highway robbery.

RICE, J. Appeal dismissed.

---

(102 So. 925)

Charles SHOEMAKER v. STATE. (6 Div. 602.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Assault with intent to murder.

SAMFORD, J. Affirmed.